WILLIAM YOUNG, Respondent, v. SAMUEL DWORKIN and Another, Appellants. — Judgment and order reversed, on the facts, on the ground that the amount of the verdict is against the weight of the evidence and is excessive, and new trial

---

*Affd., 259 N. Y. 655.

granted, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the verdict to $5,000, in which event the judgment is so modified and as modified the judgment and order are affirmed, without costs. All concur, except Rhodes and McNamee, JJ., who dissent and vote for affirmance.